1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

| ASLIE JUAN, | NO. 2:24−cv−00465−JHC |
|---|---|
| Plaintiff, | STIPULATED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO DEFENDANT COMPLETE PAYMENT RECOVERY SERVICES, INC. |
| vs. | |
| COMPLETE PAYMENT RECOVERY SERVICES, INC., | |
| Defendant. | |

## **STIPULATION**

Plaintiff Aslie Juan and Defendant Complete Payment Recovery Services, Inc., by and through their undersigned counsel, hereby stipulate that all the claims and causes of action in this matter have been settled and shall be dismissed with prejudice, with each party bearing their own attorney's fees, costs, and expenses.

STIPULATED MOTION AND ORDER FOR
DISMISSAL WITH PREJUDICE AND WITHOUT
COSTS AS TO DEFENDANT COMPLETE
PAYMENT RECOVERY SERVICES, INC. - 1

DATED this 18th day of June, 2024

By:   /s/ David P. Papiez
David P. Papiez, WSBA No. 54186
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Phone: 206-624-3600
Email: dpapiez@foxrothschild.com
Counsel for Defendant Complete Payment Recovery Services, Inc.

By:   /s/ Boris Davidovskiy
Boris Davidovskiy, WSBA No. 50593
BORIS DAVIDOVSKIY, P.C.
6100 219th Street SW, Suite 2050
Mountlake Terrace, WA 98043
Phone: 425-582-5200
Email: boris@davidovskiylaw.com
Counsel for Plaintiff Aslie Juan

## **ORDER OF DISMISSAL**

Based on the above Stipulation, IT IS ORDERED as follows:

1. All the claims and causes of action in this matter shall be dismissed with prejudice; and

2. Each party shall bear its own attorney's fees, costs, and expenses.

DATED this 18th day of June, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE